**Rolland LABRIOLA, Appellant,**

v.

**Rachael LAWSON, Defendant,**

**William Wicker and K & K Supply,
Inc., Respondents.**

No. ED 98574.

Missouri Court of Appeals,
Eastern District,
Division Five.

July 16, 2013.

Motion for Rehearing and/or Transfer
to Supreme Court Denied Aug.
22, 2013.

Application for Transfer Denied
Nov. 26, 2013.

Craig Anthony Schlapprizzi, St. Louis, MO, for appellant.

Jon R. Sanner, Aaron I. Mandel, for Resp. William Wicker St. Louis, MO, for appellant.

Laura Gerdes Long, Clayton, MO, for defendant Rachael Lawson.

Donald J. Ohl, Jessica A. Brasel, Edwardsville, IL, for Resp. K & K Supply.

Before GARY M. GAERTNER, JR., P.J., ROBERT M. CLAYTON III, C.J., and THOMAS J. FRAWLEY, Sp. J.

*ORDER*

PER CURIAM.

Rolland Labriola appeals the trial court's judgment in favor of K & K Supply, Inc. ("K & K") on his claim for *res*

*ipsa loquitur* after granting K & K's motion for directed verdict at the close of Labriola's case. Labriola also appeals the judgment entered upon the jury's verdict in favor of William Wicker on Labriola's claim of negligence. We affirm.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).